NUMBER 13-07-594-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________ __


JUAN HERNANDEZ AND YOLANDA HERNANDEZ, Appellants,


v.



ELADIO CUELLAR, JR. D/B/A E. C. DESIGNS, ET AL., Appellees.

________________________________________________________


On Appeal from the 107th District Court 


of Cameron County, Texas.


_________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Benavides


Memorandum Opinion Per Curiam


 Appellants, Juan Hernandez and Yolanda Hernandez, perfected an appeal from a
judgment entered by the 107th District Court of Cameron County, Texas, in cause number
2003-11-5660-A. Appellants have filed a motion to dismiss their appeal on grounds that
the parties have reached an agreement to settle and compromise their differences. 

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellants' motion is granted, and the appeal is hereby DISMISSED. The
costs are taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent agreement of the
parties, the court will tax costs against the appellant."). 

 Having dismissed the appeal at appellants' request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and

filed this the17th day of January, 2008.